UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                   MDL DOCKET NO. 875

**This Document Relates To:**
JOHN SWANZY vs.
AMETEK, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 1 3 2006
J.T. NOBLIN, CLERK
BY_____ DEPUTY

JOHN SWANZY                                                                 PLAINTIFF

VS.                                             CIVIL ACTION NO.: 1:06CV234WJG

AMETEK, INC.                                                               DEFENDANTS

## AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

This cause, having come on to be heard on the motion *ore tenus* of the Plaintiff and these Certain Defendants, identified on Exhibit "A", for the dismissal of claims against these Certain Defendants without prejudice. The Court, having considered said motion and being fully advised in the premises, finds that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Complaint, all amendments thereto, and all claims and causes of action encompassed by the Complaint, and amendments thereto, including all claims or causes of action which were, or might have been, asserted by this Plaintiff against these Certain Defendants, identified on Exhibit "A", shall be and are hereby dismissed without prejudice, with each party to bear their own costs of Court.

IT IS FURTHER ORDERED AND ADJUDGED that this dismissal is effective solely with

regard to the claims of the Plaintiff against only these Certain Defendants identified on Exhibit "A", and does not affect the rights of any other party to this action.

SO ORDERED, this the 20th day of September, 2006.

U. S. DISTRICT COURT JUDGE
James T. Giles

AGREED TO AND APPROVED BY:

Michael Weber, Esq.
LEBLANC & WADDELL, LLP

Jessica B. DeGroote, Esq.
Simine B. Reed, Esq.
Forman Perry Watkins Krutz & Tardy LLP

**ATTORNEY FOR PLAINTIFF**

**ATTORNEYS FOR CERTAIN DEFENDANTS**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

MDL DOCKET NO. 875

This Document Relates To:
JOHN SWANZY vs.
AMETEK, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JOHN SWANZY                                                          PLAINTIFF

VS.                                           CIVIL ACTION NO.: 1:06CV234WJG

AMETEK, INC.                                                        DEFENDANTS

EXHIBIT "A"

These Certain Defendants are hereby dismissed by this Order as follows:

1. Abex Corporation, Individually and as Successor in Interest to: American Brake Shoe Company, Kellogg-American Compressors Co., American Manganese Steel Division, American Brake Shoe Company
2. Accurate Felt & Gasket Co.
3. Amchem Products, Inc.
4. A. R. Wilfley & Sons, Inc.
5. AstenJohnson, Inc., successor-in- interest to Asten, Inc., successor-in- interest to Asten Group, Inc.
6. Aurora Pump Co.
7. Babbitt Steam Specialty Company
8. BOC Group, Inc. As Successor-in-Interest to Airco, Inc. and Airco Delaware, Inc.
9. Branton Insulations, Inc.
10. Clemco Industries, Inc.
11. Crossfield Products Corporation
12. DeZurik, Inc.
13. Dover Corporation
14. Eastern Safety Equipment Company
15. Fisher Tank Co.

16. Foseco
17. General Electric Company
18. Georgia-Pacific Corporation
19. The Gorman-Rupp Company
20. Hobart Brothers
21. Illinois Tool Works, Inc.
22. Ingersoll-Rand Company
23. Jamestown Metal Marine Sales, Inc.
24. Kamco Supply Company
25. Komp Equipment Company, Inc.
26. Laurel Machine and Foundry Company
27. Magnetrol International Incorporated
28. Moldex Metric, Inc.
29. Marine Specialty Company, Inc.
30. McMaster-Carr Supply Co.
31. NIBCO, Inc., a/k/a Northern Indiana Brass Co.
32. National Service Industries, Inc.
33. Owens-Illinois, Inc. d/b/a O-I
34. Pangborn Corporation
35. Parker-Hannifin Corp.
36. Pecora Corporation
37. Phoenix Specialty Mfg. Co., Inc.
38. Pneumo-Abex Corporation
39. Ransburg Corp., formerly DeVilbiss Industries Products Corp., Successor to DeVilbiss Company
40. SPX Corporation
41. Terex Corporation
42. Union Carbide Corporation
43. United Gilsonite Laboratories, Inc.
44. United Industrial Corporation, Individually and on behalf of and as successor in interest to Detroit Stoker Company and American Engineering Co.
45. Vellumoid, Inc.
46. Velan Valve Corporation
47. Warren Pumps, Inc., Individually and as Successor in Interest to : William E. Quimby, Inc. and Quimby Pump Co. and as Successor in Interest to: William W. Quimby, Inc. and Quimby Pump Co.
48. Yuba Heat Transfer Company
49. Zurn Industries, Inc.